U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
'09 SEP -9 P1 :59
JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JASON M. LUDKE,

    Defendant.

Case No. 09-CR- 09 CR-222

[18 U.S.C. § 876(c)]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 13, 2009, in the State and Eastern District of Wisconsin,

**JASON M. LUDKE**

knowingly caused to be delivered by the U.S. Postal Service according to the direction thereon, a written communication, postmarked July 13, 2009, addressed to Judge Griesbach, United States District Court, Eastern District of Wisconsin, at Green Bay, Wisconsin, and containing a threat to injure the person of Judge Griesbach.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 13, 2009, in the State and Eastern District of Wisconsin,

### JASON M. LUDKE

knowingly caused to be delivered by the U.S. Postal Service according to the direction thereon, a written communication, postmarked July 13, 2009, addressed to Judge Griesbach, United States District Court, Eastern District of Wisconsin, at Green Bay, Wisconsin, and containing a threat to injure the person of Judge Griesbach.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 16, 2009, in the State and Eastern District of Wisconsin,

**JASON M. LUDKE**

knowingly caused to be delivered by the U.S. Postal Service according to the direction thereon, a written communication, postmarked July 16, 2009, addressed to Judge Griesbach, United States District Court, Eastern District of Wisconsin, at Green Bay, Wisconsin, and containing a threat to injure the person of Judge Griesbach.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 21, 2009, in the State and Eastern District of Wisconsin,

**JASON M. LUDKE**

knowingly caused to be delivered by the U.S. Postal Service according to the direction thereon, a written communication, postmarked July 21, 2009, addressed to Judge Griesbach, United States District Court, Eastern District of Wisconsin, at Green Bay, Wisconsin, and containing a threat to injure the person of Judge Griesbach.

All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

FOREPERSON
Date: 9/9/09

MICHELLE L. JACOBS
United States Attorney